**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

THE REINFORCED EARTH COMPANY )
)
Plaintiff/Counter-Defendant, )
v. ) CASE NO. 3:12-cv-02704-N
)
VISTAWALL SYSTEMS, LLC )
f/k/a T&B Structural Systems, LLC, )
Defendant/Counter-Plaintiff )
. )

**AGREED ORDER ON JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS BASED UPON MEDIATED SETTLEMENT AGREEMENT**

On this day came on to be considered Plaintiff's and Defendant's Joint Motion to Dismiss All Claims and Counterclaims Based Upon Mediated Settlement Agreement.

The Motion is GRANTED.

In accordance with the agreement of the parties, all claims and counterclaims of all parties are hereby DISMISSED WITH PREJUDICE, and the case is dismissed in its entirety.

SIGNED March 20, 2013.

David C. Godbey
United States District Judge

**AGREED:**

/s/ V. Bryan Medlock, Jr.
V. Bryan Medlock, Jr
State Bar No. 13897000
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
bmedlock@bannerwitcoff.com

Attorney-in-charge for Plaintiff,
The Reinforced Earth Company

/s/ John M. Jackson
John M. Jackson
State Bar No. 24002340
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Tel: (214) 953-6109
Fax: (214) 661-6645
jjackson@jw.com

Attorney-in-charge for Defendant,
Vistawall Systems, LLC
f/k/a T&B Structural Systems, LLC

**AGREED ORDER ON JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS**
CASE NO. 3:12-cv-02704-N ; Reinforced Earth Company v. Vistawall Systems, LLC
United States District Court, Northern District of Texas, Dallas Division Page 2 of 2 Pages